| | |
|---|---|
| KELTON L. SPANN | CIVIL ACTION |
| VERSUS | No. 19-12123 |
| JOHNNY CRAIN JR., ET AL. | SECTION: "J"(5) |

## ORDER

Before the Court is a *Motion for Reconsideration* **(Rec. Doc. 22)** filed by pro se Plaintiff Kelton Spann. Plaintiff seeks reconsideration of the Court's order granting Defendants' motion to dismiss for failure to state a claim. Plaintiff claims that Defendants Johnny Crain Jr., Lisa Crain, April Doe, and Kendra Davis, staff for the Washington Parish Clerk of Court, violated his due process and equal protection rights by not allowing him to file a "Rule to Modify and Termination of Child Support Order" where he had previously been granted in forma pauperis ("IFP") status, even though he was later denied IFP status. He contends that this later denial was improper and points to a decision of the Louisiana First Circuit Court of Appeal that vacated the trial court's decision and ordered the trial court to conduct a contradictory hearing before deciding Plaintiff's IFP motion.

As Defendants point out, they were merely following the trial court's ruling when Plaintiff was advised that he needed to pay the appropriate fees before his Rule to Modify could be filed. Defendants cannot be held liable for following a court order. *See Evans v. Suter*, 260 F. App'x 726, 727 (5th Cir. 2007) (per curiam) ("Clerks have absolute quasi-judicial immunity from damages for civil rights violations when they

perform tasks integral to the judicial process."). Therefore, Plaintiff's complaint fails to state a claim upon which relief can be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Reconsideration* **(Rec. Doc. 22)** is **DENIED.**

New Orleans, Louisiana this 2nd day of March, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE